**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -v- | : NOTICE OF INTENT TO FILE AN INFORMATION |
| DOUGLAS A. STEGER, | : |
| Defendant. | |

**08 CRIM 630**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 22, 2008

MICHAEL J. GARCIA
United States Attorney

By:  _____
     Stanley J. Okula, Jr.
     Nanette L. Davis
     Assistant U.S. Attorneys

AGREED AND CONSENTED TO:

By:  _____
     Thomas McQueen, Esq.
     Attorney for DOUGLAS A. STEGER

6/24/08   WHEEL A