# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,                :

v.                                       :

DOUGLAS A. STEGER,            **08 CRIM 630**

          Defendant.            :

------------------------------------- x

     **DOUGLAS A. STEGER,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 371, and Title 26, United States Code, Section 7206(1), and having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                Defendant.

                                                _____
                                                Counsel for Defendant.

Date:  New York, New York
         July **2**, 2008                           _____
                                                Witness



Judge Marrero

3402921.1